FILED: January 13, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-1940
(1:15-cv-00726-LMB-IDD)
_____

GLENN H. STEPHENS, III

      Plaintiff - Appellant

v.

UNITED STATES OF AMERICA

      Defendant - Appellee

and

TINA QUARLES

      Defendant

_____

J U D G M E N T
_____

In accordance with the decision of this court, the judgment of the district court is affirmed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

                                    /s/ PATRICIA S. CONNOR, CLERK